```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

MELISSA E. BROOM,                       :
                                        :
    Plaintiff,                          :
                                        :
vs.                                     :    CIVIL ACTION 12-0357-M
                                        :
MICHAEL J. ASTRUE,                      :
Commissioner of Social Security,        :
                                        :
    Defendant.                          :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Melissa E. Broom.

DONE this 3rd day of January, 2013.

                                            s/BERT W. MILLING, JR.
                                            UNITED STATES MAGISTRATE JUDGE